IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 05-cv-02248-WDM-CBS

THOMPSON R2-J SCHOOL DISTRICT,

    Plaintiff,

v.

LUKE P., by and through his parents and next friends, JEFF and JULIA P.,

    Defendants.

_____

**ORDER**
_____

    This matter comes before the court on the Unopposed Motion to Use Pseudonym, and the court having read the motion and being fully advised in the premises, it is

    ORDERED that the motion is granted.

    DATED at Denver, Colorado, on November 10, 2005.

                                BY THE COURT:

                                /s/ Walker D. Miller
                                United States District Judge

PDF FINAL