IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 05-cv-02248-WDM

THOMPSON R2-J SCHOOL DISTRICT,

    Plaintiff,

v.

LUKE P., et al.,

    Defendants.

_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Secretary/Deputy Clerk

    The following minute order is entered by Judge Walker D. Miller:

    Defendants' motion to exceed page limit is granted.

Dated:  January 17, 2006

                                            s/ Jane Trexler, Secretary/Deputy Clerk