IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 05-cv-02248-WDM

THOMPSON R2-J SCHOOL DISTRICT,

    Plaintiff,

v.

LUKE P., et al.,

    Defendants.

_____

## MINUTE ORDER
_____

JUDGE WALKER D. MILLER
Jane Trexler, Secretary/Deputy Clerk

    The following minute order is entered by Judge Walker D. Miller:

    Robinson's motion to remove Chung from records is denied as moot. She is not listed as attorney of record in this case and does not receive notices.

Dated: May 17, 2006

                                                s/ Jane Trexler, Secretary/Deputy Clerk