IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 05-cv-02248-WDM-CBS

THOMPSON R2-J SCHOOL DISTRICT,

    Plaintiff,

v.

LUKE P., et al.,

    Defendants.

_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Secretary/Deputy Clerk

    The following minute order is entered by Judge Walker D. Miller:

    Plaintiff's motion to submit notice of supplemental authority is granted.

Dated: March 20, 2007

                                        s/ Jane Trexler, Secretary/Deputy Clerk