IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 05-cv-02248-WDM-CBS

THOMPSON R2-J SCHOOL DISTRICT,

      Plaintiff,

v.

LUKE P., et al.,

      Defendants.

_____

**MINUTE ORDER**

_____

JUDGE WALKER D. MILLER
Jane Trexler, Secretary/Deputy Clerk

      The following minute order is entered by Judge Walker D. Miller:

      Plaintiff's motion to submit notice of supplemental authority is granted.

Dated:  April 9, 2007

                        s/ Jane Trexler, Secretary/Deputy Clerk