IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 05-cv-02248-WDM-CBS

THOMPSON R2-J SCHOOL DISTRICT,

    Plaintiff,

v.

LUKE P., et al.,

    Defendants.

_____

## MINUTE ORDER
_____

JUDGE WALKER D. MILLER
Jane Trexler, Secretary/Deputy Clerk

    The following minute order is entered by Judge Walker D. Miller:

    Defendants' motion for attorneys fees is denied without prejudice pending the result of the appeal.

Dated:  September 6, 2007

                                                    s/ Jane Trexler, Judicial Assistant