IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Civil Action No. 05-cv-02248-WDM-CBS

THOMPSON R2-J SCHOOL DISTRICT,

    Plaintiff,

v.

LUKE P., et al.,

    Defendants.

_____

**MINUTE ORDER**
_____

SENIOR JUDGE WALKER D. MILLER
Jane Trexler, Secretary/Deputy Clerk

    The following minute order is entered by Judge Walker D. Miller:

    The motion to continue hearing is denied. The court needs more direction from the parties as to how the matter should be brought to a close.

Dated: March 3, 2009

                                          s/ Jane Trexler, Judicial Assistant