IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No. 05-cv-02248-WDM-CBS

THOMPSON R2-J SCHOOL DISTRICT,

    Plaintiff,

v.

LUKE P., by and through his parents and next friends, JEFF and JULIA P.,

    Defendants.

_____

**ORDER**
_____

    This matter is before me on the mandate from the Tenth Circuit Court of Appeals reversing my order dismissing Plaintiff's complaint which had sought the reversal of the administrative law judge's decision granting the Defendants' original petition for residential placement because the Plaintiff school district did not provide an individualized education program ("IEP") affording the disabled child a free appropriate public education ("FAPE").

    It is therefore ordered:

    1. My June 28, 2007 order dismissing the complaint (doc. no. 46) is reversed and the relief sought in Plaintiff's complaint is granted as herein provided.

    2. The original administrative law judge's decision finding that the Defendants' original petition met their burden of proving that the Plaintiff's IEP did not provide an FAPE is reversed and the Defendants' original petition is denied.

3. Judgment shall enter in favor of the Plaintiff; and

4. Each party shall bear their own attorney's fees and costs in accordance with the parties' agreement.

DATED at Denver, Colorado, on March 5, 2009.

BY THE COURT:


s/ Walker D. Miller
United States District Judge